On respondent's petition for reconsideration filed December 19, 2016, appellant's response to petition for reconsideration filed January 9, and respondent's reply in support of petition for reconsideration filed January 17, reconsideration allowed, former opinion (281 Or App 706, 383 P3d 924 (2016)) modified and adhered to as modified February 23; petition for review denied June 15, 2017 (361 Or 543)

Joseph DiNICOLA,
an individual,
*Plaintiff-Respondent,*

*v.*

SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 503,
OREGON PUBLIC EMPLOYEES UNION,
an Oregon non-profit corporation,
*Defendant-Appellant.*

Marion County Circuit Court
12C18681; A156042

389 P3d 421

Nathan R. Rietmann for petition.

Gregory A. Hartman, Michael J. Morris, and Bennett, Hartman, Morris & Kaplan, LLP, for response.

Before Ortega, Presiding Judge, and Garrett, Judge, and Wollheim, Senior Judge.

**PER CURIAM**

Plaintiff Joseph DiNicola has filed a petition seeking reconsideration of our opinion in this case, *DiNicola v. Service Employees Int'l Union Local 503*, 281 Or App 706, 383 P3d 924 (2016), raising several contentions. We agree with DiNicola that, at 281 Or App at 717, the reference to "public benefit corporation" should be changed to "mutual benefit corporation." We reject DiNicola's remaining contentions.

Reconsideration allowed; former opinion modified and adhered to as modified.